NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONGBU STEEL CO., LTD.,**
*Plaintiff,*

**and**

**UNION STEEL MANUFACTURING CO., LTD.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**ARCELORMITTAL USA, INC.,**
*Defendant,*

**and**

**UNITED STATES STEEL CORPORATION,**
*Defendant-Appellee.*

---

2010-1271

---

Appeal from the United States Court of International Trade in case no. 07-CV-0125, Judge Delissa A. Ridgway.

---

**ON MOTION**

---

## ORDER

The United States moves for a 30-day extension of time, until August 5, 2010, for the appellees to file their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

_JUL 0 7 2010_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald B. Cameron, Esq.
William A. Fennell, Esq.
Claudia Burke, Esq.
Jeffrey D. Gerrish, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 7 2010

JAN HORBALY
CLERK